UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| CHAZZ PARRISH THORNTON<br><br>VS.<br><br>THE UNITED STATES OF AMERICA | Case No. ___4:22-cv-4064-SOH___<br>District Judge: _Susan O. Hickey_<br>Magistrate Judge _____<br>NTC File No.: NT202172666 |

**PLAINTIFF'S ORIGINAL COMPLAINT
FOR MONEY DAMAGES AGAINST
THE UNITED STATES OF AMERICA**

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Chazz Parish Thornton, and files this, his Complaint against the defendant, The United States of America, on the grounds set forth below.

### I. NATURE OF THE ACTION

1. Plaintiff files this personal injury action following a motor vehicle collision caused by an employee of The United States Postal Service that struck the plaintiff in Hempstead County, State of Arkansas.

### II. PARTIES

2. The plaintiff, Chazz Parish Thornton, is a person of the full age of majority and resident of, and domiciled in, the State of Arkansas.

3. The defendant, The United States of America, is the sovereign government of this nation that has, pursuant to 28 U.S. Code §1346(b)(1), waived its sovereign immunity and consented to be sued following personal injuries "caused by the negligent or wrongful

act or omission of any employee of the Government while acting within the scope of his office or employment. . . ."

4.     Ms. Yolanda Black, a non-party to this action, was, at all relevant times, an employee of The United States Postal Service.

5.     The United States Postal Service is organized under 39 U.S. Code §201 as an independent establishment of the executive branch of The United States of America. Pursuant to 39 U.S. Code §101, it is operated as a basic and fundamental service provided to the people by the Government of the United States, authorized by the Constitution, created by Act of Congress, and supported by the people.

### III. JURISDICTION

6.     This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S. Code §§2674 and 1346(b)(1) because this is a tort action against an individual (Ms. Yolanda Black) who, at the time of the incident, worked within the course and scope of her employment with The United States Postal Service, a department of the Government of The United States of America.

7.     Venue is appropriate in this district pursuant to 28 U.S. Code §1391, as the motor vehicle accident that is the subject of this action occurred within the Western District of Arkansas.

8.     This Court has personal jurisdiction over all parties identified.

### IV. FACTS

9.     That on or about February 6, 2021, at approximately 11:08 a.m., Chazz Parish Thornton was a pedestrian walking on State Highway East 278 in the County of Hempstead, State of Arkansas.

10.    That at approximately the same time and place, Ms. Yolanda Black was operating a 1992 Grumman/Grumman-Olson step-in-van (a United States Postal Service

2

delivery vehicle) eastbound on U.S. Highway 278 in the County of Hempstead, State of Arkansas.

11. That at approximately the same time and place, Ms. Black failed to see the pedestrian and caused her delivery van to collide with Mr. Thornton. The Arkansas State Police found Ms. Black to be responsible for the collision for "being inattentive while driving."

## V. COUNT I – NEGLIGENCE UNDER THE FEDERAL TORT CLAIMS ACT

12. That Ms. Black owed a duty to operate the vehicle under her control with ordinary care.

13. That Ms. Black breached this duty, and the aforesaid accident sued on herein was her fault of and proximately caused by her, in the following respects:

　A.　By being inattentive while operating a vehicle in violation of Ark. Code Ann. §27-51-104;

　B.　By failing to maintain reasonable and proper control of the vehicle under her control upon a public road;

　C.　By failing to see what should be seen; and

　D.　All other acts of negligence which were the cause of the accident sued upon and which will be shown at the trial of this matter.

14. That as a result of the aforesaid collision, Chazz Parish Thornton has sustained serious injuries to his body, including, without limitation:

- Type II Open fracture of the shaft of his left tibia,
- Closed Pelvic Ring Fracture,
- Displaced fracture of lateral end of left clavicle,
- Instability of right sacroiliac joint,
- Instability of left sacroiliac joint, and,
- Closed complete rupture of pubic symphysis.

3

15. Mr. Thornton has incurred $137,925.21 in medical bills related to treatment for his injuries.

16. At all relevant times herein, the non-party driver, Yolanda Black, was acting within the course and scope of her employment with The United States Postal Service.

17. Pursuant to 28 U.S. Code §2679(b)(1), the exclusive remedy for the negligent action or omission of an employee of The United States Postal Service acting within the scope of her employment at the time of the incident is a claim against The United States of America pursuant to 28 U.S. Code §§2672 and 2674, and all other actions against the individual or others are precluded.

18. Following the collision, the plaintiff timely presented to the appropriate federal agency a proper demand pursuant to 28 U.S. Code §2675 on December 14, 2021. A true and accurate copy of that claim is attached as Exhibit A.

19. On or about January 12, 2022, the United States Post Service acknowledged receipt of the claim by letter and assigned the claim NTC File No. NT20217266 as a reference. A true and accurate copy of that acknowledgment is attached hereto as "Exhibit B."

20. To date, The United States of America has not responded to the plaintiff's administrative demand, and more than six months (July 12, 2022, being six (6) months after January 12, 2022) have passed making the present action ripe for judicial resolution.

21. The Arkansas State Police investigated this collision and found that Yolanda Black was at fault. Attached as "Exhibit C" is a copy of crash report #290221028 by Trooper May including a written statement by Yolanda Black.

WHEREFORE, the plaintiff, Chazz Parish Thornton, prays that, after the expiration of all legal delays and due proceedings are had, a judgment be rendered herein in favor of the plaintiff and against the defendant, The United States of America; for said judgment to

bear legal interest from the date of judgment until paid; for all costs of these proceedings; and for all legal and equitable relief this Honorable Court shall deem appropriate.

Respectfully submitted,

*/s/ Jim Jackson*

Jim R. Jackson, AR Bar #93-209
Jackson Law Firm
700 West Broadway Street, Suite 700
North Little Rock, AR 72114
Phone: (501) 823-3610
Fax: (501) 823-3611
E-Mail: *Jim@JimJacksonAtty.com*

# JACKSON LAW FIRM

December 13, 2021

US Postal Service
General Law Service Center
USPS National Torts Center
1720 Market Street, Room 2400
Saint Louis, MO 63155-9948

Re:  *Chazz Parish Thornton*
     *Incident Date: 2/6/2021*

Dear Sir or Madam:

Please find enclosed a Form 95 completed by Mr. Thornton and a copy of the accident report prepared by the Arkansas State Police. My office has ordered Mr. Thornton's medical records and medical bills and we will submit them to your attention upon receipt.

Please call me at (501) 823-3610 with any questions or suggestions. My e-mail address is *Jim@JimJacksonAtty.com*.

Sincerely,

*Jim Jackson*

Jim R. Jackson

JRJ/mc
Enclosure



EXHIBIT A

—— JIM JACKSON // Attorney at Law ——

700 W. Broadway Street; Suite 200     •     501.823.3610     •     Jim@JimJacksonAtty.com     •     www.JimJacksonAtty.com
North Little Rock, AR 72114-5528

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**
US Postal Service

**2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code**
Chazz Parish Thornton
1412 Tillman Ross Avenue
Hope, AR 71801

**3. TYPE OF EMPLOYMENT:** ☒ CIVILIAN
**4. DATE OF BIRTH:** 08/10/1982
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** 02/06/2021 Saturday
**7. TIME (A.M. OR P.M.):** 8:05 A.M.

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

US Postal employee Yolanda Black was driving inattentively on Arkansas State Highway 278 East. Ms. Black drove her Step-in Van off the roadway and onto the shoulder striking Mr. Thornton who was a pedestrian.

## PROPERTY DAMAGE

**9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, Street, City, State, and Zip Code).

Not applicable to Mr. Thornton

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side).

Not Applicable to Mr. Thornton

## PERSONAL INJURY/WRONGFUL DEATH

**10. STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.**

Mr. Thornton sustained multiple life threatening injuries. He was airlifted from the emergency room in Texarkana to UAMS in Little Rock. Mr. Thornton had multiple fractures and injuries to his body and a brain injury. Medical records from the ER and UAMS have been ordered.

## WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Yolanda Black, USPS | 188 Cotton Rd, Lockesburg, AR 71846 |
| State Trooper Antonio May, Badge 165 | 2501 N. Hazel Street, Hope, AR 71801 |

## AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $0 | $1,000,000 | Not Applicable | $1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side).
*Chazz P. Thornton*

**13b. PHONE NUMBER OF PERSON SIGNING FORM:** 903-490-6305

**14. DATE OF SIGNATURE:** 12/13/2021

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes  ☒ No   17. If deductible, state amount.

Mr. Thornton was a pedestrian and did not have insurance coverage for this event.

Not Applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Not applicable

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW DEPARTMENT
NATIONAL TORT CENTER


UNITED STATES
POSTAL SERVICE

January 12, 2022

Mr. Jim R. Jackson
Attorney at Law
700 West Broadway Street, Suite 200
North Little Rock, AR 72114-5528

Re:  Your Client:        Chazz Parish Thornton
     Date of Incident:   February 6, 2021
     NTC File No.:       NT202172666

Dear Mr. Jackson:

Please be advised that the administrative claim filed on behalf of Chazz Parish Thornton with the United States Postal Service on December 20, 2021 has been assigned to my office for adjudication.

I am currently in the process of reviewing this claim in order to make the determination as to any legal liability on the part of the Postal Service for the injuries sustained by your client. This claim will be adjudicated as soon as possible but be aware that the Postal Service has six months from December 20, 2021 in which to adjudicate this claim. Should you have any additional information you wish to submit that would be helpful in the review of this matter, please forward same to my attention at the National Tort Center, United States Postal Service, 1720 Market Street, Room 2400, St. Louis, Missouri 63155-9948.

Sincerely,

*Kimberly D. Herbst*

Kimberly A. Herbst
Supervisor, Tort Claims Examiner/Adjudicator
Tel: 314/345-5862

/bld

cc:  Pamela Wingate
     Tort Claim Coordinator
     File No. 720-21-00503935

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948
TEL:  314/345-5820
FAX:  314/345-5893


EXHIBIT B

**507675**

| | |
|---|---|
| Drivers' Last Names: BLACK | Page 1 of 9 |
| Juvenile Involved: ☐ Yes ☒ No | Severity: ☐ Fatality ☒ Injury ☐ PDO |

# ARKANSAS MOTOR VEHICLE CRASH REPORT
Rev. 2019-1

- # of Motor Vehicles (Automobiles, Motorcycles, etc.): 1
- # of Non-Motorists (Pedestrians, Bicyclists, etc.): 1
- Investigating Agency: STATE POLICE TROOP G
- Crash Report #: 290221028

**Investigating Officer**
- Rank: TRP
- Last: May
- First: Antonio
- Middle: 
- Suffix: 
- Badge #: 165
- Signature: Tpth. May #165

## CRASH DATE AND TIME
- Date of Crash (MM/DD/YYYY): 02/06/2021
- Time of Crash (HH:MM AM/PM): 11:08 AM
- Date Police Notified: 02/06/2021
- Time Police Notified: 11:10 AM
- Date Police Arrived: 02/06/2021
- Time Police Arrived: 11:29 AM

## CRASH LOCATION
- County: Hempstead
- City: Rural Hempstead
- Latitude: 33.653867° N
- Longitude: 93.564017° W
- Road/Street/Highway: HIGHWAY 278 E (278)
- Section: 6
- Log Mile: 1.382
- At Intersection With: 
- Not in City, but ___ of the City Limits of ___
- Not at Intersection, but ___ of ___

## CRASH FACTORS AND CONDITIONS

**First Harmful Event**: 200
- Non-Collision:
  - 100 Overturn/rollover
  - 101 Fire/explosion
  - 102 Immersion, full or partial
  - 103 Jackknife
  - 104 Cargo/equipment loss or shift
  - 113 Fell/jumped from motor vehicle
  - 115 Object thrown or fallen on or near motor vehicle
  - 198 Other non-collision
- Collision with Non-Fixed Object:
  - 200 Pedestrian
  - 201 Pedalcycle
  - 202 Other non-motorist
  - 203 Railway vehicle (train, engine)
  - 204 Animal (live)
  - 205 Motor vehicle in transport
  - 206 Parked motor vehicle
  - 207 Falling/shifting cargo or anything set in motion by motor vehicle
  - 208 Work zone/maintenance equipment
  - 298 Other non-fixed object
- Collision with Fixed Object:
  - 300 Impact attenuator/crash cushion
  - 301 Bridge overhead structure
  - 302 Bridge pier or support
  - 303 Bridge rail
  - 304 Cable barrier
  - 305 Culvert
  - 306 Curb
  - 307 Ditch
  - 308 Embankment
  - 309 Guardrail face
  - 310 Guardrail end
  - 311 Concrete traffic barrier
  - 312 Other traffic barrier
  - 313 Tree (standing)
  - 314 Utility pole/light support
  - 315 Traffic sign support
  - 316 Traffic signal support
  - 317 Other post, pole, or support
  - 318 Fence
  - 319 Mailbox
  - 320 Building
  - 398 Other fixed object
  - 999 Unknown

If 198, 298, or 398, describe:

**Location of First Harmful Event**: 100
- 100 On roadway
- 101 Shoulder
- 102 Median
- 103 Roadside
- 104 Gore
- 105 Separator
- 106 In parking lane or zone
- 107 Off roadway, location unknown
- 108 Outside right-of-way (trafficway)
- 999 Unknown

**Type of Collision**: 100
- 100 Single vehicle crash
- 200 Front to rear
- 201 Front to front
- 202 Angle
- 203 Sideswipe, same direction
- 204 Sideswipe, opposite direction
- 205 Rear to side
- 206 Rear to rear
- 980 Other (describe below)

**Relation to Junction**: 000
- 000 Non-junction
- 100 Intersection
- 101 Intersection related
- 102 Entrance or exit ramp
- 103 Entrance or exit ramp related
- 104 Railway grade crossing
- 105 Crossover related
- 106 Driveway access
- 107 Driveway access related
- 108 Shared-use path or trail
- 109 Acceleration or deceleration lane
- 110 Through roadway
- 198 Other location within an interchange area (median, shoulder, and roadside)
- 999 Unknown

**School Bus Related**: 000
- 000 No, school bus not involved
- 100 Yes, school bus directly involved
- 101 Yes, school bus indirectly involved

**Type of Intersection**: 000
- 000 Not an intersection
- 100 Four-way intersection
- 101 T-intersection
- 102 Y-intersection
- 103 L-intersection
- 104 Traffic circle
- 105 Roundabout
- 106 Five-point or more
- 999 Unknown

**Road System**: 101
- 100 Interstate
- 101 US highway
- 102 State highway
- 103 County road
- 104 City street
- 105 Frontage road
- 106 Ramp
- 999 Unknown

**Property Classification**: 100
- 100 Public property
- 101 Private property

**Trafficway Classification**: 100
- 100 Trafficway, on road
- 101 Trafficway, not on road
- 102 Non-trafficway (describe below)

**Roadway Surface Condition**: 101
- 100 Dry
- 101 Wet
- 102 Snow
- 103 Slush
- 104 Ice or frost
- 105 Water (standing or moving)
- 106 Sand
- 107 Mud, dirt, or gravel
- 108 Oil
- 198 Other
- 999 Unknown

**Light Condition**: 100
- 100 Daylight
- 101 Dawn
- 102 Dusk
- 103 Dark - lighted
- 104 Dark - not lighted
- 105 Dark - unknown lighting
- 198 Other
- 999 Unknown

**Environmental Factors** (Check all that apply):
- ☒ 000 None
- ☐ 100 Weather conditions
- ☐ 101 Visual obstructions
- ☐ 102 Glare
- ☐ 103 Animals in roadway
- ☐ 198 Other:
- ☐ 999 Unknown

**Weather Conditions** (Check all that apply):
- ☒ 100 Clear
- ☐ 101 Cloudy
- ☐ 102 Fog
- ☐ 103 Smog
- ☐ 104 Smoke
- ☐ 105 Rain
- ☐ 106 Sleet
- ☐ 107 Hail
- ☐ 108 Freezing rain or freezing drizzle
- ☐ 109 Snow
- ☐ 110 Blowing snow
- ☐ 111 Severe crosswinds
- ☐ 112 Blowing sand, soil, or dirt
- ☐ 198 Other
- ☐ 999 Unknown

**Roadway Conditions** (Check all that apply):
- ☒ 000 None
- ☐ 100 Backup due to prior crash
- ☐ 101 Backup due to prior non-recurring incident
- ☐ 102 Backup due to regular congestion
- ☐ 103 Toll booth / plaza related
- ☐ 104 Road surface condition (wet, icy, snow, slush, etc.)
- ☐ 105 Debris
- ☐ 106 Ruts, holes, or bumps
- ☐ 107 Work zone
- ☐ 108 Worn, travel-polished surface
- ☐ 109 Obstruction in roadway
- ☐ 110 Traffic control device inoperative, missing, or obscured
- ☐ 111 Shoulders (none, low, soft, high)
- ☐ 112 Non-highway work
- ☐ 198 Other:
- ☐ 999 Unknown

## WORK ZONE CRASH INFORMATION

**Work Zone**: 000
- 000 No
- 100 Yes
- 999 Unknown

**Location Relative to Work Zone**: 970
- 100 Before the first work zone warning sign
- 101 Advance warning area
- 102 Transition area
- 103 Activity area
- 104 Termination area
- 970 Not applicable
- 999 Unknown

**Work Zone Type**: 970
- 100 Lane closure
- 101 Lane shift or crossover
- 102 Work on shoulder or median
- 103 Intermittent or moving work
- 198 Other
- 970 Not applicable
- 999 Unknown

**Worker(s) Present**: 970
- 000 No
- 100 Yes
- 970 Not applicable
- 999 Unknown

**Law Enforcement Present**: 970
- 000 No law enforcement presence
- 100 Officer present
- 101 Law enforcement vehicle only present
- 970 Not applicable
- 999 Unknown

EXHIBIT C

| Crash Report # | 290221028 | | Page | 2 | of | 9 |

## ATTACHMENTS

| Photos Taken | Type | Description |
|---|---|---|
| ☑ Yes<br>☐ No | Driver statement | Statement from Driver 1 |
| | Alcohol test submission form | Alcohol test submission form for Driver 1 |
| | Drug test submission form | Drug test submission form for Driver 1 |
| | Photo | 290221028 V1 front |
| | Photo | person final rest |
| | | |
| | | |
| | | |
| | | |
| | | |

## NON-VEHICULAR PROPERTY DAMAGE

| Description of Property Damage | Damage Estimate | Owner Contacted | Name | Address |
|---|---|---|---|---|
| | | | | Street / City / State / Postal Code |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## WITNESSES' CONTACT INFORMATION

| Last Name | First Name | Middle Name | Suffix | Address | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CRASH REPORT - ATTACHMENTS / PROPERTY DAMAGE / WITNESSES

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

Motor Vehicle #: 1
Page 3 of 9
Crash Report #: 290221028

### DESCRIPTION AND IDENTIFICATION

**Check if this vehicle had no driver:** ☐

**Hit and Run:** 000
- 000 No, did not leave the scene
- 001 No, vehicle & driver left the scene
- 002 No, only driver left the scene
- 100 Yes, vehicle & driver left the scene
- 101 Yes, only driver left the scene

**VIN:** 1GBCS10A3M2925117

**Vehicle Year, Make, and Model:**
- Year: 1992
- Make: Grumman/Grumman-Olson
- Model: Step-in van

**License Plate:** ☑ Missing ☐ Unknown (fill in all known details)
- State: __  Number: __  Year: __

**Trailer #1 License Plate:** ☐ Missing ☐ Unknown
**Trailer #2 License Plate:** ☐ Missing ☐ Unknown

**Owner Name:** ☐ Same as driver  ☐ Unknown
UNITED STATES POST OFFICE

**Owner Address:** ☐ Same as driver  ☐ Unknown
121 S. LAUREL ST, HOPE, AR 71801

**Motor Carrier Type:** 102
- 000 Personal transportation
- 100 Interstate carrier
- 101 Intrastate carrier
- 102 Not in commerce - government
- 103 Not in commerce - other truck
- 999 Unknown

**Motor Carrier ID Numbers:**
- USDOT #: __
- MC/MX #: __
- State #: __   State: __

**Motor Carrier Name:** ☐ Unknown
**Motor Carrier Address:** ☐ Unknown

**Cargo Body Type:** 000
- 000 No cargo body
- 100 Bus
- 101 Van / enclosed box
- 102 Grain / chips / gravel
- 103 Pole trailer
- 104 Cargo tank
- 105 Log
- 106 Intermodal container chassis
- 107 Vehicle towing another vehicle
- 108 Flatbed
- 109 Dump
- 110 Concrete mixer
- 111 Auto transporter
- 112 Garbage / refuse
- 198 Other
- 999 Unknown

**Vehicle Body Type:** 301
- Passenger Vehicles
  - 100 2-door
  - 101 4-door
  - 102 Hatchback
  - 103 Convertible
  - 104 Station wagon
  - 105 Pick-up
  - 106 Mini-van
  - 107 Passenger van (seats any number if personal; up to 8 if business)
  - 108 Cargo van (10,000 lbs or less)
  - 109 Sport utility vehicle
  - 110 Large utility vehicle
  - 111 Motor home/recreational vehicle
  - 198 Other passenger vehicle
- Truck (> 10,000 lbs)
  - 200 Single unit truck (2 axles)
  - 201 Single unit truck (3 or more axles)
  - 202 Single unit truck with trailer
  - 203 Truck tractor only (bobtail)
  - 204 Tractor/semi-trailer
  - 205 Tractor/doubles
  - 206 Construction/maintenance equipment
  - 207 Farm equipment
  - 298 Other heavy vehicle (GVWR/GCWR > 10,000 lbs)
- Bus / Van / Limo (9 or more seats, including driver)
  - 300 School bus
  - 301 Transit/city bus
  - 302 Motor coach/intercity/cross-country bus
  - 303 Limousine
  - 304 Van (seats 9-15, including driver)
  - 390 Other vehicle (seats 9-15, including driver)
  - 391 Other vehicle (seats 16 or more, including driver)
- Cycle / Low Speed
  - 400 Motorcycle
  - 401 Motor scooter
  - 402 Moped
  - 403 ATV (3, 4, or 6 wheels)
  - 404 Snowmobile
  - 405 Golf cart
  - 406 Low speed vehicle
  - 498 Other motorized cycle/low speed vehicle
- Unknown
  - 999 Unknown type of motor vehicle

**GVWR/GCWR:** 100
- 100 10,000 lbs or less
- 101 10,001 - 26,000 lbs
- 102 More than 26,000 lbs
- 970 Not applicable

**Hazardous Materials Placard:** 000
- 000 Placard not required
- 100 Placard displayed
- 200 Placard required but not displayed
- 999 Unknown

**Hazardous Material ID:** __
**Hazardous Material Class:** __

**Hazardous Materials Released from Vehicle Cargo Compartment:** 970
- 000 No, hazardous materials not released
- 100 Yes, hazardous materials released
- 970 Not applicable (not carrying hazardous materials)

### INSURANCE

**Insurance:** ☐ Uninsured at time of crash  ☑ Unknown (fill in any known details)
**Insurance Company:** Tort claims coordinator
**NAIC #:** __
**Policy #:** __

### DAMAGE

**Damage Severity:** 101
- 000 No damage
- 100 Minor damage
- 101 Functional damage
- 102 Disabling damage
- 999 Unknown

**Damage Estimate:** $1,500

**Damage Prior to the Crash:**
- ☑ No prior damage
- ☐ Yes (describe below)

**Initial Contact Point (check 1):** 12

**Damaged Areas (check all that apply):** 12

- ☐ 000 Non-collision
- ☐ 100 Cargo loss
- ☐ 113 Top
- ☐ 114 Undercarriage
- ☐ 999 Unknown

- ☐ 097 No damage
- ☐ 113 Top
- ☐ 114 Undercarriage
- ☐ 999 Unknown

### TOWING

**Towed:** 000
- 000 Not towed
- 100 Towed, but not due to disabling damage
- 101 Towed due to disabling damage

**Towed By:** __
**Towed To:** __

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATION

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

Motor Vehicle #: 1
Page 4 of 9
Crash Report #: 290221028

## MOTOR VEHICLE CIRCUMSTANCES

**Vehicle Usage:** 000
- 000 No special function
- 100 Taxi
- 101 School bus/school transport
- 102 Church bus
- 103 Transit/commuter bus
- 104 Intercity bus
- 105 Charter/tour bus
- 106 Shuttle bus
- 107 Military
- 108 Police
- 109 Ambulance
- 110 Fire truck
- 111 Non-transport emergency services vehicle
- 112 Incident response
- 999 Unknown

**Emergency Vehicle Usage:** 970
- 100 Non-emergency, non-transport
- 101 Non-emergency transport
- 102 Emergency operation, emergency warning equipment not in use
- 103 Emergency operation, emergency warning equipment in use
- 970 Not applicable
- 999 Unknown

**Travel Direction:** 102
- 100 Northbound
- 101 Southbound
- 102 Eastbound
- 103 Westbound
- 104 Not on roadway
- 999 Unknown

**Vehicle Maneuver:** 100
- 100 Movement essentially straight ahead
- 101 Negotiating a curve
- 102 Backing
- 103 Changing lanes
- 104 Overtaking/passing
- 105 Turning right
- 106 Turning left
- 107 Making U-turn
- 108 Leaving traffic lane
- 109 Entering traffic lane
- 110 Slowing
- 111 Parked
- 112 Stopped in traffic
- 198 Other
- 999 Unknown

**Vehicle Defects** — Check all that apply
- ☑ 000 None
- ☐ 100 Brake
- ☐ 101 Exhaust system
- ☐ 102 Body or doors
- ☐ 103 Steering
- ☐ 104 Power train
- ☐ 105 Suspension
- ☐ 106 Tires
- ☐ 107 Wheels
- ☐ 108 Headlights
- ☐ 109 Tail lights
- ☐ 110 Turn signals
- ☐ 111 Windows or windshield
- ☐ 112 Mirrors
- ☐ 113 Wipers
- ☐ 114 Truck coupling, trailer hitch, or safety chains
- ☐ 115 Fuel system
- ☐ 116 Cruise control
- ☐ 198 Other
- ☐ 999 Unknown

**Traffic Control Device Types and Statuses**
Check the box next to each traffic control device that was present at the location of the crash.
Use the codes to the right to record the status of each traffic control device present.
- 100 Functioning properly
- 101 Functioning improperly
- 102 Inoperative or missing
- 999 Unknown

| Traffic Control Device Type (Check all that apply) | Device Status (Use above codes) |
|---|---|
| ☐ 000 None | |
| ☐ 100 Flashing traffic control signal | |
| ☐ 101 Traffic control signal | |
| ☐ 102 Stop sign | |
| ☐ 103 Yield sign | |
| ☐ 104 Slow or warning sign | |
| ☐ 105 Person (officer, flagman, crossing guard) | |
| ☐ 106 School zone sign/device | |
| ☐ 107 Pedestrian signal | |
| ☐ 108 No passing signal | |
| ☐ 109 Words or symbols painted on roadway | |
| ☑ 110 Traffic lanes marked | 100 |
| ☐ 111 Railway crossing with gate and signals | |
| ☐ 112 Railway crossing with flashing signals only | |
| ☐ 113 Railway crossing with crossbuck only | |
| ☐ 198 Other | |
| ☐ 999 Unknown | |

**Trafficway Description:** 200
- 100 One-way trafficway
- 200 Two-way, not divided
- 201 Two-way, not divided, with a continuous left turn lane
- 300 Two-way, divided, unprotected (painted >4 feet) median
- 400 Two-way, divided, positive cable barrier
- 401 Two-way, divided, positive concrete barrier
- 498 Two-way, divided, other type of positive barrier
- 999 Unknown

**Roadway Surface:** 101
- 100 Concrete
- 101 Asphalt
- 102 Gravel
- 103 Dirt
- 198 Other
- 999 Unknown

**Roadway Grade:** 101
- 100 Level
- 101 Hillcrest
- 102 Uphill
- 103 Downhill
- 104 Sag (bottom)
- 999 Unknown

**Roadway Alignment:** 100
- 100 Straight
- 200 Curve left
- 201 Curve right
- 299 Curve, direction unknown
- 999 Unknown

**Total # of Lanes:** 2

**Posted Speed Limit:** 45
Use the posted speed limit that applied to this vehicle at the time of the crash.

## MOTOR VEHICLE EVENTS

**Sequence of Events:**
1: 200  2:   3:   4:   5:   6:   7:   8:   9:   10:

**Most Harmful Event:** 200

**Non-Collision**
- 100 Overturn/rollover
- 101 Fire/explosion
- 102 Immersion, full or partial
- 103 Jackknife
- 104 Cargo/equipment loss or shift
- 105 Equipment failure (blown tire, brake failure, etc.)
- 106 Separation of units
- 107 Ran off roadway right
- 108 Ran off roadway left
- 109 Deliberately crossed median
- 110 Unintentionally crossed median
- 111 Crossed centerline
- 112 Downhill runaway
- 113 Fell/jumped from motor vehicle
- 114 Reentering roadway
- 115 Object thrown or fallen on or near motor vehicle
- 198 Other non-collision

**Collision with Non-Fixed Object**
- 200 Pedestrian
- 201 Pedalcycle
- 202 Other non-motorist
- 203 Railway vehicle (train, engine)
- 204 Animal (live)
- 205 Motor vehicle in transport
- 206 Parked motor vehicle
- 207 Falling/shifting cargo or anything set in motion by motor vehicle
- 208 Work zone/maintenance equipment
- 298 Other non-fixed object

**Collision with Fixed Object**
- 300 Impact attenuator/crash cushion
- 301 Bridge overhead structure
- 302 Bridge pier or support
- 303 Bridge rail
- 304 Cable barrier
- 305 Culvert
- 306 Curb
- 307 Ditch
- 308 Embankment
- 309 Guardrail face
- 310 Guardrail end
- 311 Concrete traffic barrier
- 312 Other traffic barrier
- 313 Tree (standing)
- 314 Utility pole/light support
- 315 Traffic sign support
- 316 Traffic signal support
- 317 Other post, pole, or support
- 318 Fence
- 319 Mailbox
- 320 Building
- 398 Other fixed object

**Unknown**
- 999 Unknown

If 198, 298, or 398 is used, describe below:

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DRIVER INFORMATION

Motor Vehicle #: 1
Crash Report #: 290221028

### DRIVER INFORMATION

- Name: ☐ Unknown
  - Last: BLACK
  - First: YOLANDA
  - Middle:
  - Suffix:
- Date of Birth/Age: 10/30/1989, Age: 31
- Sex: ☐ Male  ☑ Female  ☐ Unknown
- Race: 100
  - 100 White/Caucasian
  - 101 Black/African-American
  - 102 Hispanic
  - 103 Asian/Pacific Islander
  - 104 American Indian
  - 198 Other
  - 999 Unknown
- Address: ☐ Unknown
  - Street: 188 COTTON RD
  - City: LOCKESBURG
  - State: AR
  - Postal Code: 71846

### DRIVER LICENSE INFORMATION

- License Status: 100
  - 000 Not licensed
  - 100 Valid license
  - 200 Suspended
  - 201 Revoked
  - 202 Expired
  - 203 Cancelled or denied
  - 204 Disqualified
  - 999 Unknown
- License Number: 939761115
- License State: AR
- License Class: D
- Is Commercial Driver License? ☐ Yes  ☑ No

**Endorsements on License** (Check all that apply):
- ☑ 000 None
- ☐ 100 Double/triple trailers
- ☐ 101 Passenger
- ☐ 102 Tank vehicle
- ☐ 103 Hazardous materials
- ☐ 104 Tank vehicle & hazardous materials
- ☐ 105 School
- ☐ 106 Motorcycle
- ☐ 107 Motor driven cycle
- ☐ 108 Valid without photo
- ☐ 198 Other (describe below)

**Endorsements Violated** (Check all that apply):
- ☑ 000 None
- ☐ 100 Double/triple trailers
- ☐ 101 Passenger
- ☐ 102 Tank vehicle
- ☐ 103 Hazardous materials
- ☐ 104 Tank vehicle & hazardous materials
- ☐ 105 School
- ☐ 106 Motorcycle
- ☐ 107 Motor driven cycle
- ☐ 108 Valid without photo
- ☐ 198 Other (describe below)

**Restrictions on License** (Check all that apply):
- ☑ 000 None
- ☐ 100 With licensed adult
- ☐ 101 Corrective lenses
- ☐ 102 Mechanical aid
- ☐ 103 Prosthetic aid
- ☐ 104 Automatic transmission
- ☐ 105 Outside mirror
- ☐ 106 Daylight only
- ☐ 107 Class B or C with passengers and class D
- ☐ 108 Class C only with passengers
- ☐ 109 Vehicles without airbrakes
- ☐ 110 Interlock device
- ☐ 111 School, church, or transit bus
- ☐ 112 Class D only with passengers
- ☐ 113 Diesel fuel, fertilizer only
- ☐ 114 Seasonal farm service vehicle
- ☐ 198 Other (describe below)

**Restrictions Violated** (Check all that apply):
- ☑ 000 None
- ☐ 100 With licensed adult
- ☐ 101 Corrective lenses
- ☐ 102 Mechanical aid
- ☐ 103 Prosthetic aid
- ☐ 104 Automatic transmission
- ☐ 105 Outside mirror
- ☐ 106 Daylight only
- ☐ 107 Class B or C with passengers and class D
- ☐ 108 Class C only with passengers
- ☐ 109 Vehicles without airbrakes
- ☐ 110 Interlock device
- ☐ 111 School, church, or transit bus
- ☐ 112 Class D only with passengers
- ☐ 113 Diesel fuel, fertilizer only
- ☐ 114 Seasonal farm service vehicle
- ☐ 198 Other (describe below)

### DRIVER SEATING AND SAFETY INFORMATION

**Seating Position: 110**

Standard Vehicle Seats — Front:

| Row | Left | Middle | Right | Other |
|---|---|---|---|---|
| 1 | 110 | 120 | 130 | 180 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

Other Seating Positions:
- 800 Sleeper section of cab (truck)
- 801 Passenger section of bus
- 802 Enclosed passenger/cargo area
- 803 Unenclosed passenger/cargo area
- 804 Passenger/cargo area, unknown if enclosed
- 805 Trailing unit
- 806 Riding on motor vehicle exterior

Unknown: 999 Unknown

**Restraint Systems Used: 100**
- 000 None used - motor vehicle occupant
- 100 Shoulder and lap belt used
- 101 Shoulder belt only used
- 102 Lap belt only used
- 103 Restraint used - type unknown
- 104 Child restraint system - forward facing
- 105 Child restraint system - rear facing
- 106 Booster seat
- 107 Child restraint - type unknown
- 198 Other
- 970 Not applicable
- 999 Unknown

**Air Bags Deployed** (Check all that apply):
- ☑ 000 Not deployed
- ☐ 100 Deployed: front
- ☐ 101 Deployed: side
- ☐ 102 Deployed: curtain
- ☐ 198 Deployed: other
- ☐ 970 Not applicable
- ☐ 999 Unknown

**Motorcycle Helmet Usage: 000**
- 000 No helmet worn
- 100 DOT-compliant motorcycle helmet worn
- 101 Non-DOT-compliant motorcycle helmet worn
- 102 Helmet worn, unknown if DOT-compliant
- 999 Unknown if helmet worn

**Eye Protection Usage**:
- ☐ Yes
- ☑ No
- ☐ Unknown

**Ejection: 000**
- 000 Not ejected
- 100 Ejected, partially
- 101 Ejected, totally
- 970 Not applicable
- 999 Unknown

**Extrication: 000**
- 000 Not extricated
- 100 Extricated
- 999 Unknown

**Ejection Path: 000**
- 000 Not ejected
- 100 Side door opening
- 101 Side window
- 102 Windshield
- 103 Back window
- 104 Back door/tailgate opening
- 105 Roof opening (sun roof, convertible top down)
- 106 Roof (convertible top up)
- 198 Other (e.g., back of pickup truck, torn-off roof, car cut in half)
- 970 Not applicable
- 999 Unknown

**Bus Seating Position** (Complete if 801 was selected for Seating Position above):

Front:

| Driver | | | | | | |
|---|---|---|---|---|---|---|
| 1A | 1B | 1C | 1D | 1E | 1F | |
| 2A | 2B | 2C | 2D | 2E | 2F | |
| 3A | 3B | 3C | 3D | 3E | 3F | |
| 4A | 4B | 4C | 4D | 4E | 4F | |
| 5A | 5B | 5C | 5D | 5E | 5F | |
| : | : | : | : | : | : | Aisle |
| ##A | ##B | ##C | ##D | ##E | ##F | |

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DRIVER INFORMATION

Motor Vehicle #: 1
Page 6 of 9
Crash Report #: 290221028

## MEDICAL INFORMATION

**Injury Status:** 5
1. (K) Fatal injury
2. (A) Suspected serious injury
3. (B) Suspected minor injury
4. (C) Possible injury
5. (O) No apparent injury

**Trauma Band #:**

**Type of Medical Transportation:** 000
- 000 Not transported
- 100 EMS air
- 101 EMS ground
- 102 Law enforcement
- 198 Other
- 199 Transported, but method unknown
- 999 Unknown if transported

**EMS Notified** — Date / Time
**EMS Arrived** — Date / Time
**Transported to Medical Facility By:**
**Medical Facility Transported To:**

## DRIVER CONDITION AND CIRCUMSTANCES

**Condition at Time of Crash** (Check all that apply):
- [x] 000 Apparently normal
- [ ] 100 Physically impaired
- [ ] 101 Emotional (depressed, angry, disturbed, etc.)
- [ ] 102 Ill (sick) or fainted
- [ ] 103 Asleep or fatigued
- [ ] 104 Under the influence of medication or drugs
- [ ] 105 Under the influence of alcohol
- [ ] 198 Other
- [ ] 999 Unknown

**Driver Distracted By:** 000
- 000 Not distracted
- 100 Manually operating an electronic communication device (texting, typing, dialing)
- 101 Talking on hands-free electronic device
- 102 Talking on hand-held electronic device
- 103 Other activity with an electronic device
- 104 Passenger
- 980 Other distraction inside the vehicle
- 981 Other distraction outside the vehicle
- 999 Unknown if distracted
*If 980 or 981, describe below:*

**Driver Vision Obscured By:** 000
- 000 No obstruction noted
- 100 Rain, snow, fog, smoke, sand, or dust
- 101 Reflected glare, bright sunlight, or headlights
- 102 Curve, hill, or other roadway design feature
- 103 Building, billboard, or other structure
- 104 Trees, crops, or vegetation
- 105 In-transport motor vehicle (including load)
- 106 Not in-transport motor vehicle (parked, working)
- 107 Splash or spray of passing vehicle
- 108 Inadequate defrost or defog system
- 109 Inadequate vehicle lighting system
- 110 Obstruction interior to the vehicle
- 111 External mirrors
- 112 Broken or improperly cleaned windshield
- 113 Obstructing angles on vehicle
- 199 Vision obscured - no details
- 980 Other visual obstruction (describe below)

**Driver Suspected of Alcohol Usage:**
- [ ] Yes
- [x] No
- [ ] Unknown

**Alcohol Test Type Given:** 100
- 000 No test given
- 001 Test refused
- 100 Blood test
- 101 Breath test
- 102 Urine test
- 198 Other type of test
- 999 Unknown if tested

**Alcohol Test Result Status:** 100
- 100 Results pending
- 101 Results received
- 970 Not applicable
- 999 Unknown

**Blood Alcohol Content:**
- [ ] Result received from Crime Lab

**Speeding Related:** 000
- 000 Not speeding
- 100 Racing
- 101 Exceeded speed limit
- 102 Too fast for conditions
- 999 Unknown

**Driver Suspected of Drug Usage:**
- [ ] Yes
- [x] No
- [ ] Unknown

**Drug Test Type Given:** 100
- 000 No test given
- 001 Test refused
- 100 Blood test
- 101 Urine test
- 102 Both blood and urine tests
- 198 Other type of test
- 999 Unknown if tested

**Drug Test Results:**
*Pending/Negative*
- [ ] 000 Results negative
- [x] 100 Results pending

*Not Applicable/Unknown*
- [ ] 970 Not applicable
- [ ] 999 Unknown

[ ] Result received from Crime Lab

**Positive Results** (check all that apply):
- [ ] 200 Amphetamines
- [ ] 201 Barbiturates
- [ ] 202 Benzodiazepines
- [ ] 203 Cannabinoids
- [ ] 204 Cocaine
- [ ] 205 Methadone
- [ ] 206 Methamphetamines
- [ ] 207 Opiates
- [ ] 208 Oxycodone
- [ ] 209 Propoxyphene
- [ ] 210 Phencyclidine (PCP)
- [ ] 298 Other positive result (describe below)

**Citations:**
| Citation # | Charges |
|---|---|
| | |
| | |
| | |

## DRIVER ACTIONS AT TIME OF CRASH

*Check all that apply:*
- [ ] 000 No contributing action
- [ ] 999 Unknown

**Disregarded Traffic Signs or Controls**
- [ ] 100 Disregarded red light
- [ ] 101 Disregarded other traffic signal
- [ ] 102 Disregarded stop sign
- [ ] 103 Disregarded yield sign
- [ ] 104 Disregarded other traffic sign
- [ ] 105 Disregarded other road markings
- [ ] 106 Disregarded officer or flagman

**Swerved or Avoided**
- [ ] 200 Swerved or avoided due to wind
- [ ] 201 Swerved or avoided due to slippery surface
- [ ] 202 Swerved or avoided due to motor vehicle
- [ ] 203 Swerved or avoided due to non-motorist in roadway
- [ ] 204 Swerved or avoided due to object in roadway
- [ ] 205 Swerved or avoided due to animal in roadway

**Improper Maneuver**
- [ ] 300 Improper right turn
- [ ] 301 Improper left turn
- [ ] 302 Improper U-turn
- [ ] 303 Improper backing
- [ ] 304 Improper passing
- [ ] 305 Improper lane change
- [ ] 306 Improperly parked

**Improper Use of Lights or Signals**
- [ ] 400 Driving without lights
- [ ] 401 Failed to dim headlights
- [ ] 402 Failed to or improper signal

**Unsafe Operation**
- [ ] 500 Reckless operation
- [ ] 501 Aggressive operation
- [x] 502 Inattentive, careless, negligent, or erratic operation
- [ ] 503 Under the influence of alcohol
- [ ] 504 Under the influence of drugs

**Other Actions**
- [ ] 600 Impeding traffic
- [ ] 601 Ran off roadway
- [ ] 602 Crowded off roadway
- [ ] 603 Crossing median
- [ ] 604 Failed to yield right-of-way
- [ ] 605 Failed to keep in proper lane
- [ ] 606 Wrong side of road
- [ ] 607 Wrong way
- [ ] 608 Followed too closely
- [ ] 609 Cutting in
- [ ] 610 Over-correcting or over-steering
- [ ] 980 Other contributing action (describe below)

CRASH REPORT - DRIVER CONDITION AND CIRCUMSTANCES

# ARKANSAS MOTOR VEHICLE CRASH REPORT

Crash Report #: 290221028

Total # of Non-Motorists: 1

## NON-MOTORIST INFORMATION

**STRUCK BY MOTOR VEHICLE #:** 1  
**NON-MOTORIST #:** 1  
**NON-MOTORIST TYPE:** 100

**Name:** THORNTON (Last), CHAZZ (First), PARISH (Middle)  
**Date of Birth/Age:** 08/10/1982, Age 38  
**Sex:** ☒ Male ☐ Female ☐ Unknown

**Address:** 1412 CONFEDERATE DR, HOPE, AR 71801

**Injury Status:** 2  
**Race:** 101  
**Location ATC:** 104  
**Action Prior to Crash:** 105  
**Safety Equipment:** 000

### Condition at the Time of the Crash (check all that apply)
- ☒ 000 Apparently normal
- ☐ 100 Physically impaired
- ☐ 101 Emotional (depressed, angry, disturbed, etc.)
- ☐ 102 Ill (sick) or fainted
- ☐ 103 Asleep or fatigued
- ☐ 104 Under the influence of medication or drugs
- ☐ 105 Under the influence of alcohol
- ☐ 198 Other
- ☐ 999 Unknown

### Going to/from K-12 School
- ☐ Yes
- ☒ No
- ☐ Unknown

### Non-Motorist Type
- 100 Pedestrian
- 101 Other pedestrian (wheelchair)
- 102 Skater
- 103 Scooter
- 104 Bicyclist
- 105 Other cyclist (tricycle, etc.)
- 106 Ridden animal/animal-drawn
- 198 Other type of non-motorist
- 999 Unknown

### Race
- 100 White/Caucasian
- 101 Black/African-American
- 102 Hispanic
- 103 Asian/Pacific Islander
- 104 American Indian
- 198 Other
- 999 Unknown

### Injury Status
- 1 (K) Fatal injury
- 2 (A) Suspected serious injury
- 3 (B) Suspected minor injury
- 4 (C) Possible injury
- 5 (O) No apparent injury

### Suspected Alcohol Usage
- ☐ Yes
- ☒ No
- ☐ Unknown

### Alcohol Test Type
- ☒ 000 No test given
- ☐ 001 Test refused
- ☐ 100 Blood test
- ☐ 101 Breath test
- ☐ 102 Urine test
- ☐ 198 Other type of test
- ☐ 999 Unknown if tested

### Alcohol Test Results
- ☐ Received from Crime Lab
- ☐ 100 Pending
- ☐ 101 Received (BAC: _____)
- ☒ 970 Not applicable
- ☐ 999 Unknown

### Suspected Drug Usage
- ☐ Yes
- ☒ No
- ☐ Unknown

### Drug Test Type
- ☒ 000 No test given
- ☐ 001 Test refused
- ☐ 100 Blood test
- ☐ 101 Urine test
- ☐ 102 Both blood and urine tests
- ☐ 198 Other type of test
- ☐ 999 Unknown if tested

### Drug Test Results
- ☐ Received from Crime Lab
- ☐ 000 Negative
- ☐ 100 Pending
- ☐ 2xx Positive for: _____
- ☒ 970 Not applicable
- ☐ 999 Unknown

### Safety Equipment
- 000 None
- 100 Helmet
- 101 Protective pads (elbows, knees, shins, etc.)
- 102 Reflective clothing (jacket, backpack, etc.)
- 103 Lighting
- 198 Other
- 970 Not applicable

### Type of Medical Transportation
- 000 Not transported
- 100 EMS air
- 101 EMS ground
- 102 Law enforcement
- 198 Other
- 199 Transported, but method unknown
- 999 Unknown if transported

**Action at Time of Crash:** 103

**Type of Medical Transportation:** 100  
**EMS Notified Date:** 02/06/2021 Time: 11:12 AM  
**EMS Arrived Date:** 02/06/2021 Time: 11:21 AM  
**Trauma Band #:** B459474

**Transported to Medical Facility By:** LifeNet - Advance Response  
**Medical Facility Transported To:** CHRISTUS St. Michael Health System, Texarkana, TX

### Action Prior to Crash
- 000 None
- 100 Crossing roadway
- 101 Waiting to cross roadway
- 102 Walking/cycling along roadway with traffic (in or adjacent to travel lane)
- 103 Walking/cycling along roadway against traffic (in or adjacent to travel lane)
- 104 Walking/cycling on sidewalk
- 105 In roadway - other
- 106 Adjacent to roadway (e.g., shoulder, median)
- 107 Working in trafficway (incident response)
- 198 Other
- 999 Unknown

---

**STRUCK BY MOTOR VEHICLE #:** (blank)  
**NON-MOTORIST #:** (blank)  
**NON-MOTORIST TYPE:** (blank)

**Name:** (blank)  
**Date of Birth/Age:** (blank)  
**Sex:** ☐ Male ☐ Female ☐ Unknown

**Address:** (blank)

**Injury Status:** (blank)  
**Race:** (blank)  
**Location ATC:** (blank)  
**Action Prior to Crash:** (blank)  
**Safety Equipment:** (blank)

### Condition at the Time of the Crash (check all that apply)
- ☐ 000 Apparently normal
- ☐ 100 Physically impaired
- ☐ 101 Emotional (depressed, angry, disturbed, etc.)
- ☐ 102 Ill (sick) or fainted
- ☐ 103 Asleep or fatigued
- ☐ 104 Under the influence of medication or drugs
- ☐ 105 Under the influence of alcohol
- ☐ 198 Other
- ☐ 999 Unknown

### Going to/from K-12 School
- ☐ Yes
- ☐ No
- ☐ Unknown

### Action at Time of Crash
- 000 No improper action
- 100 Darted or dashed
- 101 Failed to yield right-of-way
- 102 Failed to obey traffic signs, signals, or officer
- 103 In roadway improperly (standing, lying, working, playing)
- 104 Disabled vehicle related (working on, pushing, leaving, approaching)
- 105 Entering or exiting parked or standing vehicle
- 106 Inattentive (talking, eating, etc.)
- 107 Not visible (dark clothing, no lighting, etc.)
- 108 Improper turn or merge
- 109 Improper passing
- 110 Wrong-way riding or walking
- 198 Other
- 999 Unknown

### Suspected Alcohol Usage
- ☐ Yes
- ☐ No
- ☐ Unknown

### Alcohol Test Type
- ☐ 000 No test given
- ☐ 001 Test refused
- ☐ 100 Blood test
- ☐ 101 Breath test
- ☐ 102 Urine test
- ☐ 198 Other type of test
- ☐ 999 Unknown if tested

### Alcohol Test Results
- ☐ 100 Pending
- ☐ 101 Received (BAC: _____)
- ☐ 970 Not applicable
- ☐ 999 Unknown

### Suspected Drug Usage
- ☐ Yes
- ☐ No
- ☐ Unknown

### Drug Test Type
- ☐ 000 No test given
- ☐ 001 Test refused
- ☐ 100 Blood test
- ☐ 101 Urine test
- ☐ 102 Both blood and urine tests
- ☐ 198 Other type of test
- ☐ 999 Unknown if tested

### Drug Test Results
- ☐ 000 Negative
- ☐ 100 Pending
- ☐ 2xx Positive for: _____
- ☐ 970 Not applicable
- ☐ 999 Unknown

### Location At Time of Crash (ATC)
- 100 Intersection - marked crosswalk
- 101 Intersection - unmarked crosswalk
- 102 Intersection - other
- 103 Midblock - marked crosswalk
- 104 Travel lane - other location
- 105 Bicycle lane
- 106 Shoulder/roadside
- 107 Sidewalk
- 108 Median/crossing island
- 109 Driveway access
- 110 Shared-use path or trail
- 111 Non-trafficway area
- 198 Other
- 999 Unknown

**Action at Time of Crash:** (blank)  
**Type of Medical Transportation:** (blank)  
**EMS Notified Date:** (blank) Time: (blank)  
**EMS Arrived Date:** (blank) Time: (blank)  
**Trauma Band #:** (blank)

**Transported to Medical Facility By:** (blank)  
**Medical Facility Transported To:** (blank)

CRASH REPORT - NON-MOTORIST INFORMATION

## ARKANSAS MOTOR VEHICLE CRASH REPORT
### NARRATIVE

Page 8 of 9
Crash Report # 290221028

V1 was traveling east bound on U.S. Highway 278. The person was on the roadway in the path of V1. The front of V1 collided with the person, forcing the person to travel 43 feet before coming to a final rest in the middle of the roadway facing north. V1 came to a final rest on the right side of the of the roadway facing east.

This collision was caused by V1 being inattentive while driving.

CRASH REPORT - NARRATIVE



# ARKANSAS STATE POLICE
ASP 61 (Rev. 06/04/2019)

## Crash Report Supplement
### Driver/Witness Statement Form

Crash Date: 2-6-21  Time: 11:15  ☒ AM ☐ PM  Report #: 290221028

Name: Yolanda Black  Date of Birth: 10-30-89

Address: 188 Cotton RD  City: Lockesburg  State: AR  Zip Code: 71846

Phone Number: ( )

Email:

Driver's License #: 939761115  ☒ DL ☐ CDL  State: AR

Vehicle Make: Gruman  Model: Step Van  Vehicle License #: N/A  State: N/A

Location of Crash: Hwy 278

Statement of: ☒ Driver ☐ Passenger ☐ Witness   Are You Injured? ☐ Yes ☒ No

**Driver/Passenger/Witness Statement:**
I was driving mail truck on Rosston Rd. packages std looked down to move them back when I looked up there was a man and I struck him.

As the *driver* of the vehicle, were any of the following conditions a contributing factor in this accident?

☐ Unconsciousness  ☐ Epileptic Condition
☐ Other nervous disorder or marked mental confusion
☐ Result of any physical disability, disease, disorder or any other medical condition

Signature of Driver: Yolanda Black  Date: 2-6-21

Signature of Officer: Tpr. A. May 165  Date: 2-6-21